**Electronically Filed
Supreme Court
SCOT-22-0000184
20-SEP-2022
10:58 AM
Dkt. 64 OAWST**

SCOT-22-0000184

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN THE MATTER OF THE APPLICATION OF KAUAI ISLAND UTILITY
COOPERATIVE For Approval of Power Purchase Agreement with AES
West Kauai Energy Project, LLC and to Include Costs in Kauai
Island Utility Cooperative's Energy Rate Adjustment Clause, and
Other Matters Related to West Kauai Energy Project.

_____

APPEAL FROM THE PUBLIC UTILITIES COMMISSION
(DOCKET NO. 2020-0218) (AGENCY APPEAL)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, and Eddins, JJ.)

Upon consideration of the Stipulation to Dismiss

Appeal ("Stipulation for Dismissal"), filed on August 1, 2022,

and the record,

IT IS HEREBY ORDERED that the Stipulation for

Dismissal is approved and the appeal is dismissed with

prejudice.  The parties agree to bear their own attorneys' fees

and costs.

DATED:  Honolulu, Hawai'i, September 20, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

